CORNELL STEAM-BOAT CO. *v.* THE CITY OF BROCKTON.

OLD COLONY STEAM-BOAT CO. *v.* THE J. C. HARTT.

*(Circuit Court, E. D. New York. July 1, 1890.)*

In Admiralty. On appeal from district court. See 37 Fed. Rep. 897.

*Robert D. Benedict,* for the Cornell Steam-Boat Company.

*Shipman, Barlow, Larocque & Choate,* for the City of Brocton.

BLATCHFORD, Justice. I concur in the views of the district judge, fully expressed in his opinion in these cases. The new proofs taken in this court do not vary the case favorably to the City of Brockton. Decrees will be entered in accordance with my findings.